UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                              Case No. 3:15-cv-63-J-39JBT

MHI HOSPITALITY TRS LLC, a
Foreign Limited Liability Company,
d/b/a CROWNE PLAZA
JACKSONVILLE RIVERFRONT,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Amended Notice of Settlement (Doc.13; Notice) filed on June 17, 2015. In the Notice, the parties advise the Court that this case has been resolved. <u>See</u> Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The Clerk of Court is directed to terminate all pending motions and administratively close this case.

2. The parties shall have until **August 17, 2015**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

3. If the parties have not so stipulated or moved the Court by the **August 17, 2015** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of June, 2015.

                                                        BRIAN J. DAVIS
                                                        United States District Judge

**Copies furnished to:**

Counsel of Record
Unrepresented Parties

**ap**