UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWARD COHAN,

        Plaintiff,                 CASE NO.: 3:15-cv-00063-BJD-JBT

v.

MHI HOSPITALITY TRS LLC,
a Foreign Limited Liability Company,
d/b/a CROWNE PLAZA JACKSONVILLE RIVERFRONT,

        Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, MHI Hospitality TRS LLC, a Foreign Limited Liability Company, d/b/a Crowne Plaza Jacksonville Riverfront, (the Parties) hereby stipulate to the dismissal of the above referenced action with prejudice, as the Parties have settled this matter. The Parties hereby request this Honorable Court enter an Order dismissing this matter with prejudice.

RESPECTFULLY SUBMITTED this 18th day of June, 2015.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Justin C. Sorel** |
| Gregory S. Sconzo, Esq. | Justin C. Sorel, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No.: 0016256 |
| KAPLAN & SCONZO, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 3399 PGA Boulevard, Suite 180 | Attorneys for Defendants |
| Palm Beach Gardens, Florida 33410 | 1645 Palm Beach Lakes Blvd., 2nd Floor |
| Telephone: (561) 296-7900 | West Palm Beach, Florida 33401 |
| Facsimile: (561) 296-7919 | Telephone: (561) 383-9200 |
| gsconzo@ksplaw.com | Facsimile: (561) 683-8977 |
| jwise@ksplaw.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18th, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**