UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                             Case No. 3:15-cv-63-J-39JBT

MHI HOSPITALITY TRS LLC, a
Foreign Limited Liability Company,
d/b/a CROWNE PLAZA
JACKSONVILLE RIVERFRONT,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.15; Stipulation) filed on June 19, 2015. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

    1.     This case is **DISMISSED with prejudice.**

    2.     Each party shall bear its own costs and fees.

    3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 22nd day of June, 2015.

BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record

*ap*